**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kevin Wayne Schulz** | Social Security number or ITIN   xxx–xx–2756 |
| | First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Martha Jo Schulz** | Social Security number or ITIN   xxx–xx–9938 |
| | First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Texas** | Date case filed for chapter  13   10/18/19 |
| Case number: | **19–42845** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin Wayne Schulz | Martha Jo Schulz |
| 2. | **All other names used in the last 8 years** | | aka Martha Jo Hughes |
| 3. | **Address** | 408 Silver Mine Dr<br>Justin, TX 76247 | 408 Silver Mine Dr<br>Justin, TX 76247 |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Frwy, Ste. 401<br>Hurst, TX 76054 | Contact phone 214.265.0123<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094–1166 | Contact phone (972) 943–2580<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open Mon–Fri 8am–4pm<br>Contact phone (972)509–1240<br>Date: 10/21/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 5, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Plano 341 Meeting, 500 North Central Expressway, Suite 380, Plano, TX 75074** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/3/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/27/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/15/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The plan will be sent separately. The hearing on confirmation will be held on:<br>**1/8/20** at **09:30 AM** , Location: **Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074**<br><br>**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

```
                          United States Bankruptcy Court
                             Eastern District of Texas
In re:                                                      Case No. 19-42845-btr
Kevin Wayne Schulz                                          Chapter 13
Martha Jo Schulz
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0540-4          User: rachidp              Page 1 of 1                  Date Rcvd: Oct 21, 2019
                              Form ID: 309I              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db/jdb         +Kevin Wayne Schulz,    Martha Jo Schulz,    408 Silver Mine Dr,   Justin, TX 76247-7034
7782781        +Allmand Law Firm, PLLC,    860 Airport Freeway, Suite 401,    Hurst, TX 76054-3264
7782784        +Boenglandmor,    123 S Main St,   England, AR 72046-1851
7782788        +DATCU Credit Union,    Attn: Bankrutpcy,    PO Box 827,   Denton, TX 76202-0827
7782792        +Virginia Crown LLC,    44044 Riverpoint Dr,    Leesburg, VA 20176-8203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dallasecf@allmandlaw.com Oct 22 2019 02:52:01      Nicholas C. Inman,
                 Allmand Law Firm, PLLC,    860 Airport Frwy, Ste. 401,   Hurst, TX   76054
tr              E-mail/Text: ebn@ch13plano.com Oct 22 2019 02:54:18     Carey D. Ebert,    P. O. Box 941166,
                 Plano, TX   75094-1166
ust            +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Oct 22 2019 02:53:46      US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
7782783         E-mail/Text: bankruptcy@bbandt.com Oct 22 2019 02:53:42     BB&T,   Attn: Bankruptcy,
                 PO Box 1847,   Wilson, NC 27894
7782782        +EDI: TSYS2.COM Oct 22 2019 06:48:00      Barclays Bank Delaware,   Attn: Correspondence,
                 PO Box 8801,   Wilmington, DE 19899-8801
7782785        +EDI: CAPITALONE.COM Oct 22 2019 06:48:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
7782786        +EDI: CHASE.COM Oct 22 2019 06:48:00     Chase Card Services,    Attn: Bankruptcy,   PO Box 15298,
                 Wilmington, DE 19850-5298
7782787        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 03:00:07       Credit One Bank,
                 ATTN: Bankruptcy Department,    PO Box 98873,   Las Vegas, NV 89193-8873
7782789         EDI: FORD.COM Oct 22 2019 06:48:00     Ford Motor Credit,    National Bankruptcy Service Center,
                 PO Box 62180,   Colorado Springs, CO 80962
7783502        +EDI: PRA.COM Oct 22 2019 06:48:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
7782790        +EDI: RMSC.COM Oct 22 2019 06:48:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 PO Box 956060,   Orlando, FL 32896-0001
7782791        +EDI: RMSC.COM Oct 22 2019 06:48:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 PO Box 965060,   Orlando, FL 32896-5060
7782793        +EDI: WFFC.COM Oct 22 2019 06:48:00     Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            Carey D. Ebert,    P. O. Box 941166,   Plano, TX   75094-1166
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
          Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
          Carey D. Ebert,   ECFch13plano@ch13plano.com
          Nicholas C. Inman    on behalf of Joint Debtor Martha Jo Schulz dallasecf@allmandlaw.com,
           clerk@allmandlaw.com;ign@allmandlaw.com;lallmand@allmandlaw.com;r62733@notify.bestcase.com
          Nicholas C. Inman    on behalf of Debtor Kevin Wayne Schulz dallasecf@allmandlaw.com,
           clerk@allmandlaw.com;ign@allmandlaw.com;lallmand@allmandlaw.com;r62733@notify.bestcase.com
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 5
```