**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Kevin Wayne Schulz | Social Security number or ITIN: | xxx–xx–2756 |
| | First Name   Middle Name   Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: | Martha Jo Schulz | Social Security number or ITIN: | xxx–xx–9938 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed in chapter: | 13   10/18/19 |
| Case number: | 19–42845 | Date case converted to chapter: | 7   5/21/20 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin Wayne Schulz | Martha Jo Schulz |
| 2. | **All other names used in the last 8 years** | | aka Martha Jo Hughes |
| 3. | **Address** | 408 Silver Mine Dr<br>Justin, TX 76247 | 408 Silver Mine Dr<br>Justin, TX 76247 |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Frwy, Ste. 401<br>Hurst, TX 76054 | Contact phone 214.265.0123<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | Contact phone (214) 880–1805<br>Email _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Kevin Wayne Schulz** and **Martha Jo Schulz**                                      Case number **19–42845**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open Mon–Fri 8am–4pm<br><br>Contact phone (972)509–1240<br><br>Date: 5/21/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 19, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Hearing–See Instructions** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/18/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **2**

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                Case No. 19-42845-btr
Kevin Wayne Schulz                                                    Chapter 7
Martha Jo Schulz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: admin               Page 1 of 2           Date Rcvd: May 21, 2020
                              Form ID: 309AR            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
```
db/jdb         +Kevin Wayne Schulz,    Martha Jo Schulz,    408 Silver Mine Dr,    Justin, TX 76247-7034
aty            +Stephen G. Wilcox,    Wilcox Law, PLLC,    P.O. Box 201849,    Arlington, TX 76006-1849
7812911        +All-Star Orthopaedics,    910 E Southlake Blvd #155,    Southlake, TX TX 76092-6389
7782781        +Allmand Law Firm, PLLC,    860 Airport Freeway, Suite 401,    Hurst, TX 76054-3264
7830280         Bank of England Mortgage,    P.O. Box 3490,    Little Rock, AR 72203-3490
7812914        +Baylor Scott & White,    3500 Gaston Ave,    Dallas, TX 75246-2088
7782784        +Boenglandmor,    123 S Main St,    England, AR 72046-1851
7782788        +DATCU Credit Union,    Attn: Bankrutpcy,    PO Box 827,    Denton, TX 76202-0827
7785990        +Ford Motor Credit Company LLC,    c/o Wilcox Law, PLLC,    P.O. Box 201849,
                Arlington, TX 76006-1849
7812921        +Grapevine Medical & Surgical Center,    1501 W Northwest Hwy,    Grapevine, TX 76051-3143
7812925        +Texas Health Presbyterian Hospital,    4400 Long Prairie Rd.,    Flower Mound, TX 75028-1892
7812926         Texas Radiology Associates,    PO Box 3368,    Indianapolis, IN 46206-3368
7812927         Trinity Medical Group,    PO Box 5010,    Minot, ND58702-5010
7782792        +Virginia Crown LLC,    44044 Riverpoint Dr,    Leesburg, VA 20176-8203
7812929        +Ward County Real Estate Tax,    PO Box 5005,    Minot, ND 58702-5005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dallasecf@allmandlaw.com May 22 2020 02:26:01     Nicholas C. Inman,
                Allmand Law Firm, PLLC,    860 Airport Frwy, Ste. 401,    Hurst, TX  76054
tr             +EDI: FCJMOSER May 22 2020 06:23:00      Christopher Moser,    2001 Bryan Street, Suite 1800,
                Dallas, TX 75201-3070
ust            +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov May 22 2020 02:26:16      US Trustee,
                Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
7782783         E-mail/Text: bankruptcy@bbandt.com May 22 2020 02:26:15     BB&T,    Attn: Bankruptcy,
                PO Box 1847,    Wilson, NC 27894
7782782        +EDI: TSYS2.COM May 22 2020 06:23:00      Barclays Bank Delaware,    Attn: Correspondence,
                PO Box 8801,    Wilmington, DE 19899-8801
7782785        +EDI: CAPITALONE.COM May 22 2020 06:23:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
7797195        +EDI: AIS.COM May 22 2020 06:23:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
7782787        +E-mail/PDF: creditonebknotifications@resurgent.com May 22 2020 02:34:55      Credit One Bank,
                ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
7782789         EDI: FORD.COM May 22 2020 06:23:00      Ford Motor Credit,    National Bankruptcy Service Center,
                PO Box 62180,    Colorado Springs, CO 80962
7785991         EDI: FORD.COM May 22 2020 06:23:00      Ford Motor Credit Company LLC,
                c/o National Bankruptcy Service Center,    P.O. Box 62180,    Colorado Springs, CO 80962
7782786         EDI: JPMORGANCHASE May 22 2020 06:23:00      Chase Card Services,    Attn: Bankruptcy,
                PO Box 15298,    Wilmington, DE 19850
7829797         E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2020 02:34:58      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
7829754         EDI: PRA.COM May 22 2020 06:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
7783502        +EDI: PRA.COM May 22 2020 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
7812922        +E-mail/Text: bankruptcy@bbandt.com May 22 2020 02:26:18     Sheffield Financial,
                Attn: Bankruptcy,    PO Box 580229,    Charlotte, NC 28258-0229
7789871         E-mail/Text: bankruptcy@bbandt.com May 22 2020 02:26:18     Sheffield Financial,    PO Box 1847,
                Wilson, NC 27894-1847
7782790        +EDI: RMSC.COM May 22 2020 06:23:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                PO Box 956060,    Orlando, FL 32896-0001
7782791        +EDI: RMSC.COM May 22 2020 06:23:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL 32896-5060
7784684        +EDI: AIS.COM May 22 2020 06:23:00      Texas Health Resources,    by American InfoSource as agent,
                as assignee of Texas Health Fort Worth,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
7827415        +EDI: AIS.COM May 22 2020 06:23:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
7782793        +EDI: WFFC.COM May 22 2020 06:23:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001
7832058         EDI: WFFC.COM May 22 2020 06:23:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 22
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Ford Motor Credit Company LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
7812912*       +Allmand Law Firm, PLLC,    860 Airport Freeway, Suite 401,    Hurst, TX 76054-3264
7812913*       +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
7812915*       +Boenglandmor,    123 S Main St,    England, AR 72046-1851
7812916*       +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
7812918*       +Credit One Bank,    ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
7812919*       +DATCU Credit Union,    Attn: Bankrutpcy,    PO Box 827,    Denton, TX 76202-0827
```

```
District/off: 0540-4          User: admin              Page 2 of 2              Date Rcvd: May 21, 2020
                              Form ID: 309AR           Total Noticed: 37


             ***** BYPASSED RECIPIENTS (continued) *****
7812920*        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:  Ford Motor Credit,    National Bankruptcy Service Center,
                    PO Box 62180,    Colorado Springs, CO 80962)
7812917*        ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                  (address filed with court:  Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,
                    Wilmington, DE 19850)
7812923*         +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32896-0001
7812924*         +Synchrony Bank/Care Credit,    Attn:  Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
7812928*         +Virginia Crown LLC,    44044 Riverpoint Dr,    Leesburg, VA 20176-8203
7812930*         +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus MAC X2303-01A,
                  Des Moines, IA 50328-0001
                                                                                               TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
              Carey D. Ebert,    ECFch13plano@ch13plano.com
              Christopher Moser    cmoser@qslwm.com,
               cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
              Nicholas C. Inman    on behalf of Joint Debtor Martha Jo Schulz dallasecf@allmandlaw.com,
               clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;dgaines@allmandlaw.com;allmand
               law@notifications.practicesavvy.com;allmanduser@gmail.com
              Nicholas C. Inman    on behalf of Debtor Kevin Wayne Schulz dallasecf@allmandlaw.com,
               clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;dgaines@allmandlaw.com;allmand
               law@notifications.practicesavvy.com;allmanduser@gmail.com
              Stephen G. Wilcox    on behalf of Creditor    Ford Motor Credit Company LLC kraudry@wilcoxlaw.net,
               krw77@sbcglobal.net;swilcox@wilcoxlaw.net
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 7
```