# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Kevin Wayne Schulz
P.O. Box 723
Justin, TX 76247
SSN: XXX-XX-2756
Debtor

Case No. 19-42845 btr
Chapter: 7

Martha Jo Schulz
P.O. Box 723
Justin, TX 76247
SSN: XXX-XX-9938
Joint Debtor

**ORDER GRANTING MOTION FOR APPROVAL OF RULE 4001 STIPULATION BETWEEN DEBTORS AND BANK OF ENGLAND MORTGAGE, CHRISTOPHER MOSER**

On **September 11, 2020**, a **Motion for Approval of Agreement (Rule 4001)** (The "Motion") was filed pertaining to an agreement by and between BANK OF ENGLAND MORTGAGE, Christopher Moser and the Debtor(s), Kevin Wayne Schulz and Martha Jo Schulz, in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language pursuant to LBR 4001. The Court further finds that no objection or other response to the Motion has been timely filed and, thus the allegations contained in the Motion stand unopposed and, accordingly, good cause exists for the entry of the following order

**IT IS THEREFORE ORDERED** that the **Motion for Approval of Agreement (Rule 4001)** filed on **September 11, 2020**, is hereby **GRANTED**.

Signed on 10/5/2020

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE